O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DANIEL KLEE and DAVID WALLAK, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; NISSAN MOTOR COMPANY, LTD,<br><br>Defendants. | Case No. CV 12-08238 DDP (PJWx)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION** |

   Plaintiffs are ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Under 28 U.S.C. § 1332(d)(4)(B), a district court must decline to exercise jurisdiction when greater than two-thirds of the members of all proposed plaintiff classes in the aggregate are citizens of the State in which the action was originally filed. From the Complaint, it is not clear what percentage of California citizens the class comprises. Accordingly, the court orders Plaintiffs to file a brief, not to exceed five pages, by Friday, January 4, 2013

to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: December 17, 2012

DEAN D. PREGERSON
United States District Judge