SEDGWICK LLP
PAUL RIEHLE (STATE BAR NO. 115199)
KELLY SAVAGE DAY (STATE BAR NO. 235901)
JIA-MING SHANG (STATE BAR NO. 233326)
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635
Email: paul.riehle@sedgwicklaw.com

SEDGWICK LLP
JAMES NELSON (STATE BAR NO. 181256)
801 S. Figueroa St., 18th Floor
Los Angeles, California 90017
Telephone: (213) 615-8056
Facsimile: (213) 426-6921
Email: james.nelson@sedgwicklaw.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DANIEL KLEE and DAVID WALLAK individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; and NISSAN MOTOR COMPANY, LTD.,<br><br>Defendants. | Case No. CV12-08238 DDP (PJWx)<br><br>**DECLARATION OF EVA RIBMAN** |

I, Eva Ribman, declare as follows:

1. My name is Eva Ribman. Except for those matters stated on information and belief, I have personal knowledge of facts stated herein, and if called upon to testify as a witness, I could and would competently testify to them. As to those matters stated on information and belief, I am informed and believe them to be true.

2. I am a Senior Planner in the Customer Quality Department of Nissan North America, Inc. ("NNA").

3. NNA's Customer Quality Department manages the customer database of records and transactions concerning the vehicles NNA distributes in the United States. In connection with my duties, I am familiar with the filing, storage, and retrieval of these records. The database contains, among other things, information regarding the selling dealer, the state of residence of the purchaser and the date of the transaction. By performing an electronic search in NNA's records databases, I am able to obtain information about vehicles sold by authorized Nissan dealers in the United States.

4. I performed a search to determine the number of 2011 – 2012 model year Nissan LEAF™ vehicles that were purchased (including leases) throughout the United States and the residency of those purchasers at the time of sale. NNA's records reflect that from December 2010 to September 24, 2012, California sales represent less than two-thirds of the proposed purchaser class.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 4 day of January 2013 in Franklin, TN.

_____
Eva Ribman

DECLARATION OF EVA RIBMAN