JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DANIEL KLEE and DAVID WALLAK, individually and on bhealf of a class of similarly situated individuals,<br><br>             Plaintiffs,<br><br>   v.<br><br>NISSAN NORTH AMERICA, INC.;<br>NISSAN MOTOR COMPANY, LTD,<br><br>             Defendants.<br>_____ | Case No. CV 12-08238 DDP (PJWx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 18, 2013

DEAN D. PREGERSON
United States District Judge