Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Humberto Daniel Klee
and David Wallak

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| HUMBERTO DANIEL KLEE and DAVID WALLAK, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.<br><br>Defendant. | Case No.:  CV12-08238 DDP (PJWx)<br><br>Hon. Dean D. Pregerson<br><br>**JOINT STIPULATION TO EXTEND THE DATE TO FILE THE MOTION FOR FINAL APPROVAL OF SETTLEMENT UNTIL NOVEMBER 4, 2013 AND EXTENDING TIME TO FILE RESPONSE TO MOTION FOR FINAL APPROVAL UNTIL NOVEMBER 11, 2013** |

1   This Stipulation is made by Plaintiffs Humberto Daniel Klee and David Wallak and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") through their respective counsel of record, as follows:

**WHEREAS**, the Court granted preliminary approval of the Parties' class action settlement on July 10, 2013;

**WHEREAS**, the Court set a Final Fairness Hearing for November 18, 2013;

**WHEREAS**, the settlement administrator mailed over 19,000 notices of the settlement to all Class Members on September 9, 2013;

**WHEREAS**, Class Members were given until October 15, 2013 to submit requests for exclusion or objections to the settlement;

**WHEREAS**, certain objections were mailed on the last day to object (October 15, 2013) and were only recently received by counsel;

**WHEREAS,** before submitting the motion for final approval of the settlement, the Parties would appreciate the opportunity to fully assess all of the objections, including the ones recently received, and to speak with the objectors and possibly have the objections withdrawn;

**WHEREAS**, Plaintiffs' lead attorney was out of the country when the recent objections were received and has not yet returned to the office to assist in Plaintiffs' efforts;

**WHEREAS**, the deadline for the Parties to submit formal responses to all the objections is November 4, 2013, per the preliminary approval order;

**WHEREAS**, the deadline for NNA to submit a response to Plaintiffs' motion for final approval is November 4, 2013, per the preliminary approval order

**NOW THEREFORE**, the Parties stipulate as follows:

(1)   Plaintiffs may to file their motion for final approval of the settlement of this action on November 4, 2013, the same date

that the Parties' responses to objections are due;

(2) NNA may file its response to Plaintiffs' motion for final approval on November 11, 2013; and

(3) Subject to Court approval, this Stipulation does not alter the date for the hearing on final approval of the Settlement, which remains on November 18, 2013.

**IT IS SO STIPULATED.**

Dated: October 21, 2013          **CAPSTONE LAW APC**

By: /S/ Jordan L. Lurie
Jordan L. Lurie
Tarek H. Zohdy

Counsel for Plaintiffs Humberto Daniel Klee and David Wallak

Dated: October 21, 2013          **SEDGWICK LLP**

By: /S/ Paul Riehle
Paul Riehle

Counsel for Defendant Nissan North America, Inc.