# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Cody Padgett | 2. PHONE NUMBER: 310-712-8029 | 3. DATE: 11/22/2013 |
| 4. FIRM NAME: Capstone Law APC | 5. E-MAIL ADDRESS: Cody.Padgett@capstonelawyers.com | |
| 6. MAILING ADDRESS: Capstone Law APC, 1840 Century Park East, Suite 450 | 7. CITY: Los Angeles | 8. STATE: CA  9. ZIP CODE: 90067 |
| 10. CASE NUMBER: CV 12-08238 BRO (PJWx) | 11. CASE NAME: Humberto Daniel Klee v. Nissan North America Inc | 12. JUDGE: Beverly Reid O'Connell |

13. APPEAL CASE NUMBER:
14. ORDER FOR: ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 11/18/2013 | Myra Ponce | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Motion for Final Approval/Atty Fees |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

20. Month:    Day:    Year:
Transcript payment arrangements were made with:

NAME OF OFFICIAL:

Payment of estimated transcript fees were sent on the following date:
Month:    Day:    Year:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: 11/22/2013

18. SIGNATURE: /s/ Cody Padgett

G-120 (09/12)