# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Robert H. Whaley**, United States Senior District Judge for the Eastern District of Washington to perform the duties of United States District Judge temporarily for the Central District of California for the specific case *Humberto Daniel Klee, et al. v. Nissan North America, Inc., et al.,* Case No. 12-cv-08238.

January 8, 2014

Sidney Thomas
Circuit Judge

cc:   Hon. Robert H. Whaley
      Hon. Rosanna Malouf Peterson, Chief Judge, Eastern District of Washington
      Hon. George King, Chief Judge, Central District of California
      Sean McAvoy, Clerk of Court, Eastern District of Washington
      Terry Nafisi, Clerk of Court, Central District of California