1
2
3
4
5

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMERTO DANIEL KLEE and DAVID WALLAK, individually, and on behalf of class of similarly situated individuals,<br><br>          Plaintiff,<br><br>     v.<br><br>NISSAN NORTH AMERICA, INC.; and NISSAN MOTOR COMPANY, LTD.<br><br>          Defendants. | NO.  CV-12-8238-RHW<br><br>**ORDER** |

On January 8, 2014, Ninth Circuit Judge Sidney Thomas designated this Court to preside over the above-captioned case. ECF No. 103. Previously, United States District Judge Beverly Reid O'Connell recused herself from the case because Chief Ninth Circuit Judge Alex Kozinski appeared in his personal capacity objecting to the proposed settlement. ECF No. 102. Judge O'Connell concluded that a reasonable person might question her impartiality in ruling on the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees. *Id.*

This Court has an obligation to complete its own independent analysis. The Court is reviewing its obligations under 28 U.S.C. § 455(a) and Canon 3C(1) of the Code of Conduct for United States Judges and will advise the parties of its conclusions in the near future.

///

///

**ORDER** ~ 1

1  **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter
2  this Order, furnish copies to counsel.
3  **DATED** this 15th  day of January, 2014.

                         _____
                         ROBERT H. WHALEY
                         United States District Judge

Q:\RHW\Los Angeles Cases\Klee\ord3.wpd

**ORDER** ~ 2