# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A CIRCUIT JUDGE FOR SERVICE IN A DISTRICT COURT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 291(b), I hereby designate The Honorable **A. Wallace Tashima,** United States Senior Circuit Judge for the Ninth Circuit Court of Appeals, to perform the duties of United States District Judge temporarily for the Central District of California for the specific case *Humberto Daniel Klee, et al. v. Nissan North America, Inc., et al.*, Case No. 12-cv-08238.

January 29, 2014

Sidney Thomas
Circuit Judge

cc: Hon. A. Wallace Tashima
Hon. George King, Chief Judge, Central District of California
Molly Dwyer, Clerk of Court, Court of Appeals
Terry Nafisi, Clerk of Court, Central District of California