SEDGWICK LLP
PAUL RIEHLE (STATE BAR NO. 115199)
JIA-MING SHANG (STATE BAR NO. 233326)
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile:  415.781.2635
Email: paul.riehle@sedgwicklaw.com
Email: jiaming.shang@sedgwicklaw.com

JAMES NELSON (STATE BAR NO. 181256)
801 S. Figueroa St., 18th Floor
Los Angeles, CA 9001
Telephone: 213.426.6900
Facsimile: 213.426.6921
Email: james.nelson@sedgwicklaw.com

E. PAUL CAULEY (Admitted *Pro Hac Vice*)
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone: 469.227.8200
Facsimile:  469.227.8004
Email: paul.cauley@sedgwicklaw.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DANIEL KLEE and DAVID WALLAK individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; and NISSAN MOTOR COMPANY, LTD.,<br><br>Defendants. | Case No. CV12-08238 AWT (PJW)<br><br>**JOINT REQUEST FOR STATUS CONFERENCE**<br><br>The Honorable A. Wallace Tashima<br><br>Complaint Filed: September 24, 2012 |

The parties have received notice of assignment of this matter to the Honorable A. Walter Tashima of the United States Court of Appeals for the Ninth Circuit to perform the duties of United States District Judge temporarily for the Central District of California. The parties hereby jointly request an in-person Status Conference to discuss:

a) developments following the final fairness hearing in November 2013;

b) case handling and other procedural issues; and

c) any other matters the Court may want to address.

DATED: February 24, 2014          SEDGWICK LLP

                                  By: _____\S\ Paul Riehle_____
                                     Paul Riehle
                                     Attorneys for Nissan North America, Inc.

DATED: February 24, 2014          CAPSTONE LAW APC

                                  By: _____\S\ Jordan L. Lurie_____
                                     Jordan L. Lurie
                                     Attorneys for Humberto Klee, David Wallak, and on behalf of a class of similarly situated individuals

- 1 -    CASE NO. CV12-08238 AWT (PJW)
JOINT REQUEST FOR STATUS CONFERENCE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 333 Bush Street, 30th Floor, San Francisco, California 94104. On February 24, 2014, I served the within document(s):

## JOINT REQUEST FOR STATUS CONFERENCE

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below unless otherwise noted.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the above is true and correct. Executed on February 24, 2014, at San Francisco, California.

Phyllis Flynn

CERTIFICATE OF SERVICE                                    Case No. 12-08238 (PJWx)

DOCS/3139077v1

# SERVICE LIST
## KLEE v. NISSAN
### CENTRAL DISTRICT COURT
### CASE NO. 12-CV-08238 (PJWx)

1. Robin Jans – Objector
   *In Pro Se – Served Via U.S. Mail*
   Robin Jans
   624 Valleywood Drive
   S.E. Salem, OR 97306

2. Patricia Devine – Objector
   *In Pro Se – Served Via U.S. Mail*
   Patricia Devine
   318 Freya Drive
   Solvang, CA 93463

3. Mervyn Devine – Objector
   *In Pro Se – Served Via U.S. Mail*
   Mervyn Devine
   318 Freya Drive
   Solvang, CA 93463

4. Alex Kozinski – Objector
   *In Pro Se – Served Via CM/ECF*
   Alex Kozinski
   33 Marguerite Drive
   Rancho Palos Verdes, CA 90275

5. Marcy Tiffany – Objector
   *In Pro Se – Served Via CM/ECF*
   Marcy Tiffany
   33 Marguerite Drive
   Rancho Palos Verdes, CA 90275
   Email: *mtiffany@tiffanylawgroup.com*

6. Jonathan Eckhart – Objector
   *In Pro Se – Served Via U.S. Mail*
   Jonathan Eckhart
   9 Clearview Drive
   Danville, PA 17921

7. Collen Walsh Eckhart – Objector
   *In Pro Se – Served Via U.S. Mail*
   Collen Walsh Eckhart
   9 Clearview Drive
   Danville, PA 17921

8. Roberta Friedman – Objector
   *In Pro Se – Served Via U.S. Mail*
   Roberta Friedman
   12045 Parker Ranch Road
   Saratoga, CA 95070

9. Leslie Kornblum – Objector
   *In Pro Se – Served Via U.S. Mail*
   Leslie Kornblum
   12045 Parker Ranch Road
   Saratoga, CA 95070

10. Chinh T. Vo – Objector
    *In Pro Se – Served Via U.S. Mail*
    Chinh T. Vo
    385 Grand Ave., Suite 300
    Oakland, CA 94610

11. Jon Chun – Objector
    *In Pro Se – Served Via U.S. Mail*
    Jon Chun
    2195 Maykirk Road
    San Jose, CA 95124

| | | |
|---|---|---|
| 1 | 12. Cody Pelech – Objector<br>*In Pro Se – Served Via U.S. Mail* | Cody Pelech<br>2952 East Northridge Street<br>Meza, AZ 85213 |
| 2 | | |
| 3 | 13. Mark D. Larsen – Objector<br>*In Pro Se – Served Via U.S. Mail* | Mark D. Larsen<br>672 Cholla Court<br>Ivins, UT 84738 |
| 4 | | |
| 5 | 14. Charles Gregory Smith, Jr.<br>*In Pro Se – Served Via U.S. Mail* | Charles Gregory Smith, Jr.<br>6501 Grayson Court<br>Nashville, TN 37205 |

SERVICE LIST RE KLEE v. NISSAN                Case No. 12-08238 (PJWx)

2

DOCS/3139077v1