UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| HUMBERTO DANIEL KLEE AND DAVID WALLAK, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | No. 2:12-cv-08238-AWT (PJWx)<br><br>Hon. A. Wallace Tashima<br><br>NOTICE OF WITHDRAWAL OF OBJECTION OF MARCY TIFFANY AND ALEX KOZINSKI TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

In light of the terms of the Amended Settlement Agreement, objectors Marcy Tiffany and Alex Kozinski hereby withdraw their previously filed objection to the settlement in this matter.

Dated: May 4, 2015

Alex Kozinski                                                    Marcy Tiffany

1