Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs HUMBERTO DANIEL KLEE and DAVID WALLAK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DANIEL KLEE and DAVID WALLAK individually, and on behalf of a class of similarly situated individuals,<br><br>     Plaintiffs,<br><br> v.<br><br>NISSAN NORTH AMERICA, INC.; and NISSAN MOTOR COMPANY, LTD.,<br><br>     Defendants. | Case No. CV12-08238 AWT (PJWx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: September 24, 2012<br>Jury Trial Demanded<br><br>Hon. A. Wallace Tashima |

# CERTIFICATE OF SERVICE

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 1840 Century Park East, Suite 450, Los Angeles, California 90067.

On May 5, 2015, I served the document described as: **NOTICE OF WITHDRAWAL OF OBJECTION OF MARCY TIFFANY AND ALEX KOZINSKI TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASSS ACTION SETTLEMENT**

on the interested parties in this action by sending on the interested parties in this action by sending [  ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or] [ ] as stated on the attached service list:

### PLEASE SEE ATTACHED SERVICE LIST

☒ **BY MAIL** (ENCLOSED IN A SEALED ENVELOPE): I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

☒ **VIA CM/ECF**: I hereby certify that this document was served via the USDC CM/ECF on the parties Notice of this filing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  I certify that the parties or their counsel are registered as ECF filers and that they will be served by the CM/ECF system.

☐ **BY PERSONAL SERVICE**: I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐ **BY OVERNIGHT DELIVERY**: I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

☒ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☐ (**STATE**)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed this May 5, 2015 at Los Angeles, CA

_____
Elizabeth Dempsey

1
CERTIFICATE OF SERVICE

## SERVICE LIST

| Party | Representative/Address |
|---|---|
| Nissan North America Inc - Defendant | Paul J Riehle<br>Gregory C Read<br>SEDGWICK LLP<br>333 Bush Street 30th Floor<br>San Francisco, CA 94104<br>Email: paul.riehle@sedgwicklaw.com<br>Email: gregory.read@sedgwicklaw.com<br>Served Via CM/ECF<br><br>James L Nelson<br>SEDGWICK LLP<br>801 South Figueroa Street 18th Floor<br>Los Angeles, CA 90017-5556<br>Email: james.nelson@sedgwicklaw.com<br>Served Via CM/ECF<br><br>Anthony J Anscombe<br>SEDGWICK LLP<br>One North Wacker Drive Suite 4200<br>Chicago, IL 60606<br>Email: anthony.anscombe@sdma.com<br>Served Via CM/ECF<br><br>E Paul Cauley , Jr<br>SEDGWICK LLP<br>1717 Main Street Suite 5400<br>Dallas, TX 75201<br>Email: paul.cauley@sedgwicklaw.com<br>Served Via CM/ECF |
| Robin Jans - Objector | Robin Jans<br>624 Valleywood Drive<br>S.E. Salem, OR 97306<br>In Pro Se – Served Via U.S. Mail |
| Patricia Devine - Objector | Patricia Devine<br>318 Freya Drive<br>Solvang, CA 93463<br>In Pro Se – Served Via U.S. Mail |
| Mervyn Devine - Objector | Mervyn Devine<br>318 Freya Drive<br>Solvang, CA 93463<br>In Pro Se – Served Via U.S. Mail |

| | |
|---|---|
| Alex Kozinski - Objector | Alex Kozinski<br>33 Marguerite Drive<br>Rancho Palos Verdes, CA 90275<br>Email: mtiffany@tiffanylawgroup.com<br>In Pro Se – Served Via CM/ECF<br><br>Marcy J K Tiffany<br>TIFFANY LAW GROUP PC<br>23670 Hawthorne Boulevard Suite 204<br>Torrance, CA 90502<br>Email: mtiffany@tiffanylawgroup.com<br>Served Via CM/ECF |
| Marcy Tiffany - Objector | Marcy J K Tiffany<br>TIFFANY LAW GROUP PC<br>23670 Hawthorne Boulevard Suite 204<br>Torrance, CA 90502<br>Email: mtiffany@tiffanylawgroup.com<br>In Pro Se – Served Via CM/ECF |
| Jonathan Eckhart - Objector | Jonathan Eckhart<br>9 Clearview Drive<br>Danville, PA 17821<br>In Pro Se – Served Via U.S. Mail |
| Collen Walsh Eckhart - Objector | Colleen Walsh Eckhart<br>9 Clearview Drive<br>Danville, PA 17821<br>In Pro Se – Served Via U.S. Mail |
| Roberta Friedman - Objector | Roberta Friedman<br>12045 Parker Ranch Road,<br>Saratoga,, CA 95070<br>In Pro Se – Served Via U.S. Mail |
| Leslie Kornblum - Objector | Leslie Kornblum<br>12045 Parker Ranch Road<br>Saratoga,, CA 5070<br>In Pro Se – Served Via U.S. Mail |
| Chinh T. Vo - Objector | Chinh T Vo<br>385 Grand Avenue Suite 300<br>Oakland, CA 94610<br><br>In Pro Se – Served Via U.S. Mail<br>Eric H. Gibbs<br>GIRARD GIBBS LLP<br>601 California Street 14th Floor<br>San Francisco, CA 94108<br>Email: ehg@girardgibbs.com<br>Served Via CM/ECF |

3

CERTIFICATE OF SERVICE

```
Case 2:12-cv-08238-AWT-PJW   Document 139-1   Filed 05/05/15   Page 5 of 5   Page ID
                                           #:3101
```

| | |
|---|---|
| Jon Chun - Objector | Jon Chun<br>2195 Maykirk Road<br>San Jose, CA 95124<br>In Pro Se – Served Via U.S. Mail |
| Cody Pelech  -  Objector | Cody Pelech<br>2952 East Northridge Street<br>Meza, AZ 85213<br>In Pro Se – Served Via U.S. Mail |
| Mark D. Larsen  -  Objector | Mark D Larsen<br>672 Cholla Court<br>Ivins, UT 84738<br>In Pro Se – Served Via U.S. Mail |
| Charles Gregory Smith, Jr - Objector | Charles Gregory Smith, Jr.<br>6501 Grayson Ct.<br>Nashville, TN 37205<br>Email: walkeagle872@gmail.com<br>In Pro Se – Served Via CM/ECF |

4

CERTIFICATE OF SERVICE