JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DANIEL KLEE and DAVID WALLAK, individually and on behalf of a class of similarly situated individuals, <br><br>        Plaintiffs, <br><br> vs. <br><br> NISSAN NORTH AMERICA, INC., <br><br>        Defendant. | No. CV 12-08238 AWT <br><br> **JUDGMENT** |

    In accordance with the Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees (the "Order"), signed and filed concurrently herewith,

    **IT IS ADJUDGED** that this action hereby is **DISMISSED with prejudice.** Costs, expenses, and fees shall be as provided in the Order.

    **IT IS ORDERED** that this Court retains jurisdiction over this action and the parties (including class members) for the purpose implementing, administering, and enforcing the Settlement and the Order.

Dated: July 7, 2015.

                              _____

                                A. Wallace Tashima
                           United States Circuit Judge
                           Sitting by Designation