FILED

DEC 09 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HUMBERTO DANIEL KLEE, individually and on behalf of a class of similarly situated individuals; et al.,<br><br>  Plaintiffs - Appellees,<br><br>and<br><br>NISSAN NORTH AMERICA, INC.; et al.,<br><br>  Defendants - Appellees,<br><br>  v.<br><br>MANDANA KHOSRAVI,<br><br>  Objector - Appellant. | No. 15-56201<br><br>D.C. No. 2:12-cv-08238-AWT-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: LEAVY, M. SMITH, and IKUTA, Circuit Judges.

A review of the record and the opposition to the motion for summary affirmance indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, appellee Nissan North America Inc.'s motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

CC/MOATT